MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
CHRISTOPHER W. CARSON, ESQ.
Nevada Bar No. 9523
**THE BOURASSA LAW GROUP**
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@blgwins.com
ccarson@blgwins.com
*Attorneys for Plaintiff Jennifer Tausinga*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER TAUSINGA, an individual, | Case No.: 2:17-cv-01825-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION** |
| GOLDEN GAMING, LLC a Nevada Limited Liability Company; GOLDEN TAVERN GROUP, LLC, a Nevada Limited Liability Company; and DOES I through X, inclusive, | (*first request*) |
| Defendants. | |

Plaintiff, JENNIFER TAUSINGA ("Plaintiff") and Defendants GOLDEN GAMING, LLC and GOLDEN TAVERN GROUP, LLC ("Defendants"), by and through their counsel of record, stipulate to extend the date of the Early Neutral Evaluation session current scheduled for September 7, 2017 at 1:30 p.m. (ECF No. 14.) Anthony L. Martin, lead counsel for Defendants, will be out of town due to a prior client commitment and is not available to attend the ENE. Further, Christopher W. Carson, counsel for Plaintiff, is having surgery on September 6, 2017 and the associated assigned to that file will be in deposition that day and will be unavailable. Therefore, the parties agree that in light of the foregoing, a rescheduling of the ENE in this matter is appropriate. This stipulation is not brought for the purposes of delay or any other improper

- 1 -

purpose.

At the Court's leisure, the parties are available between October 9, 2017 and October 12, 2017. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

**AGREED AND ACCEPTED:**

Dated: August 25, 2017

**THE BOURASSA LAW GROUP**

*/s/ Mark J. Bourassa, Esq.*
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
CHRISTOPHER W. CARSON, ESQ.
Nevada Bar No. 9523
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
*Attorneys for Plaintiff Jennifer Tausinga*

Dated: August 25, 2017

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Dana B. Salmonson, Esq.*
ANTHONY L MARTIN, ESQ.
Nevada Bar No. 8177
DANA B. SALMONSON, ESQ.
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant Golden Gaming, LLC and Golden Tavern Group*

## **ORDER**

IT IS HEREBY ORDERED that the Early Neutral Evaluation in this matter will take place on October 26, 2017 at 1:30 p.m. A request for exception to the above attendance requirements must be filed and served upon all parties seven (7) days after the Order setting the Early Neutral Evaluation session.

Written evaluation statements shall be submitted directly to my chambers, Room 3071, no later than 4:00 p.m. on October 19, 2017, which is seven (7) days prior to the Early Neutral Evaluation session pursuant to LR 16-6(f).

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: August 25, 2017