# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER TAUSINGA, | Case No. 2:17-cv-01825-JCM-NJK |
| Plaintiff, | ORDER |
| v. | (Docket No. 23) |
| GOLDEN GAMING, LLC. *et al.* | |
| Defendants. | |

Before the Court is Defendants' notice of resolution. Docket No. 23. The Court **ORDERS** the parties to file a stipulation of dismissal no later than November 6, 2017.

IT IS SO ORDERED.

DATED: October 5, 2017

_____
Nancy J. Koppe
United States Magistrate Judge