ANTHONY L. MARTIN
Nevada Bar No. 8177
Anthony.martin@ogletreedeakins.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendants Golden Gaming, LLC and Golden Tavern Group, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER TAUSINGA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN GAMING LLC, a Nevada Limited Liability Company; GOLDEN TAVERN GROUP, LLC, a Nevada Limited Liability Company; and DOES 1 Through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01825-JCM-NJK<br><br>**STIPULATION AND ORDER TO VACATE EARLY NEUTRAL EVALUATION**<br><br>**(FIRST REQUEST)** |

Plaintiff Jennifer Tausinga, ("Plaintiff"), by and through her attorneys of record, Mark J. Bourassa, Esq. and Christopher W. Carson, Esq. of The Bourassa Law Group, and Defendants Golden Gaming, LLC and Golden Tavern Group, ("Defendants") by and through their attorneys of record, Anthony L. Martin, Esq. and Dana B. Salmonson, Esq. of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby stipulate to vacate the Early Neutral Evaluation ("ENE") currently set for October 26, 2017 at 1:30 p.m. and the related briefing deadlines (ECF No. 17) as the parties have settled this matter. The parties filed a Notice of Resolution on October 4, 2017 (ECF No. 23) and a stipulation for dismissal is due no later than November 6, 2017 (ECF No. 24). Therefore, the parties agree that, in light of the foregoing, vacating the ENE in this matter is appropriate.

. . .

. . .

This stipulation is not brought for the purposes of delay or any other improper purpose. Accordingly, the parties respectfully request that the ENE and related briefing deadlines be vacated.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: October 11th, 2017 | DATED: October 11th, 2017 |
| THE BOURASSA LAW GROUP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Christopher W. Carson* | */s/ Dana B. Salmonson* |
| MARK J. BOURASSA, ESQ.<br>Nevada Bar No. 7999<br>CHRISTOPHER W. CARSON, ESQ.<br>Nevada Bar No. 9523<br>7575 Vegas Drive, Suite 150<br>Las Vegas, NV 89128<br><br>*Attorneys for Plaintiff Jennifer Tausinga* | ANTHONY L MARTIN, ESQ.<br>Nevada Bar No. 8177<br>DANA B. SALMONSON, ESQ.<br>Nevada Bar No. 11180<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>*Attorneys for Defendant Golden Gaming, LLC and Golden Tavern Group* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 12, 2017

31542536.1

2