ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendants Golden Gaming, LLC and Golden Tavern Group, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER TAUSINGA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN GAMING LLC, a Nevada Limited Liability Company; GOLDEN TAVERN GROUP, LLC, a Nevada Limited Liability Company; and DOES 1 Through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01825-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Jennifer Tausinga, ("Plaintiff"), by and through her attorneys of record, Mark J. Bourassa, Esq. and Christopher W. Carson, Esq. of The Bourassa Law Group, and Defendants Golden Gaming, LLC and Golden Tavern Group, LLC ("Defendants") by and through their attorneys of record, Anthony L. Martin, Esq. and Dana B. Salmonson, Esq. of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., having reached an agreement to resolve all outstanding issues between them, hereby agree to dismiss all claims, with prejudice.

. . .

. . .

. . .

. . .

. . .

Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 6th day of November, 2017

THE BOURASSA LAW GROUP

_/s/ Christopher W. Carson_____
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
CHRISTOPHER W. CARSON, ESQ.
Nevada Bar No. 9523
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128

*Attorneys for Plaintiff Jennifer Tausinga*

Dated this 6th day of November, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_/s/ Dana B. Salmonson_____
ANTHONY L MARTIN, ESQ.
Nevada Bar No. 8177
DANA B. SALMONSON, ESQ.
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

*Attorneys for Defendant Golden Gaming, LLC and Golden Tavern Group, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 8, 2017

2